RECEIVED
MAR 23 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WARREN T. GREEN, Plaintiff | CIVIL ACTION NO. 1:17-CV-756-P |
| VERSUS | CHIEF JUDGE DEE D. DRELL |
| JACQUE DERR, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Green's request for the dismissal of pending criminal charges and a release from custody is hereby **DENIED** and **DISMISSED** with prejudice under § 1915(e)(2)(b) and § 1915A.

Additionally, **IT IS ORDERED** that Green's claim for damages for his allegedly unlawful arrest and imprisonment is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the outcome of his criminal proceedings, in accordance with the following conditions:

c. Within thirty (30) days of the date the state court criminal proceeding has concluded, Plaintiff **SHALL FILE** a motion asking this Court to lift the stay. The action will proceed at that time, absent some other bar to suit. See Wallace v. Kato, 549 U.S. 384 (2007).

d. If the criminal proceeding is not concluded within six (6) months, Plaintiff **SHALL FILE**, on or before October 1, 2018, a status report indicating the expected completion date of the proceeding. Additional status reports shall be filed every six (6) months thereafter until the stay is lifted.

In light of the stay, Plaintiff **SHALL NOT** file any more documents in this action until the state court proceedings have concluded.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of March, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE